Michael N. Poli, 005461
poli@poliball.com
POLI & BALL, P.L.C.
3311 South Rainbow Blvd., Suite 215
Las Vegas, Nevada 89146
(702) 380-8095 (Telephone)
(702) 380-3001 (Facsimile)

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA MOMEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national banking association; JOHN DOE I; and DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendant. | Case No.: 2:14-cv-01608-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT BANK OF AMERICA, N.A. TO PRODUCE DISCOVERY RESPONSES AND REQUEST FOR THE IMPOSITION OF SANCTIONS  (First Request)** |

As allowed by LR 7-1, the parties to this action respectfully stipulate and agree that Defendant Bank of America, N.A. shall have through and including **Friday, March 27, 2015** in which to file its Response to "Plaintiff's Motion to Compel Defendant Bank of America, N.A. to Produce Discovery Responses and Request for the Imposition of Sanctions."

STIPULATED AND AGREED TO this 19th day of March, 2015.

| RUIZ LAW FIRM | POLI & BALL, P.L.C. |
|---|---|
| By: */s/ Lawrence Ruiz*<br>Lawrence Ruiz, Esq.<br>3175 S. Eastern Avenue<br>Las Vegas, Nevada 89169<br>*Attorneys for Barbara Momeyer* | By: */s/ Michael N. Poli*<br>Michael N. Poli<br>3311 South Rainbow Blvd., Suite 215<br>Las Vegas, Nevada  89146<br>*Attorneys for Bank of America, N.A.* |

**IT IS SO ORDERED.**

DATED this __20th__ day of _____March,_____ 2015.

_____
Hon. Magistrate Judge George W. Foley

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March, 2015, a true and correct copy of the foregoing was sent to the following, by postage-prepaid mail:

Lawrence Ruiz, Esq.
Ruiz Law Firm
3175 S. Eastern Avenue
Las Vegas, Nevada 89169
Attorneys for Plaintiff

By: */s/ Linda Lieber*
Employee of Poli & Ball

POLI & BALL, P.L.C.
3311 SOUTH RAINBOW BLVD., SUITE 215
LAS VEGAS, NEVADA 89146
(702) 380-8095